

# U.S. Department of Justice

United States Attorney
Eastern District of Missouri

*Violent Crime Unit*

---

*Cristian M. Stevens*  *Thomas Eagleton U.S. Courthouse*  OFFICE:  314-539-2200
*Assistant United States Attorney*  *111 S. 10th Street, Rm. 20.333*  DIRECT:  314-539-7651
 *St. Louis, MO  63102*  *cris.stevens@usdoj.gov*

September 1, 2016

**<u>VIA HAND DELIVERY &
ELECTRONIC SERVICE</u>**
Diane Dragan
Assistant Federal Public Defender
1010 Market Street, Suite 200
St. Louis, MO 63101

    In re:  <u>United States v. Melvin Dante Hardy</u>
        Cause No. 4:15CR489 JAR (DDN)

Dear Ms. Dragan:

    Enclosed, pursuant to the Government's continuing duty under Federal Rule of Criminal Procedure 16(c), are discovery materials bates numbered 768 to 770.  The discovery materials are available at my office for your retrieval upon your personally executing a discovery receipt.

    Finally, as we discussed in the Court's chambers on Tuesday of this week, please inform me of the name of the expert witness you intend to call at the hearing next Thursday, September 8.

                                Sincerely,

                                RICHARD G. CALLAHAN
                                United States Attorney

                                <u>s/ *Cristian M. Stevens*</u>
                                BY:  CRISTIAN M. STEVENS
                                Assistant United States Attorney

encls.
cc: Clerk, United States District Court (w/o encls.)