AO 89 (Rev. 01/09) Subpoena to Testify at a Hearing or Trial in a Criminal Case        Exhibit 1 (Motion to Quash)

## UNITED STATES DISTRICT COURT
for the

| United States of America | ) |
|---|---|
| v. | ) |
| MELVIN HARDY | ) Case No. 15 CR 489 JAR |
| | ) |
| Defendant | ) |

### SUBPOENA TO TESTIFY AT A HEARING OR TRIAL IN A CRIMINAL CASE

To:   Custodian of Records, St. Louis Metropolitan Police Department

**YOU ARE COMMANDED** to appear in the United States district court at the time, date, and place shown below to testify in this criminal case. When you arrive, you must remain at the court until the judge or a court officer allows you to leave.

| Place of Appearance: Thomas F. Eagleton Courthouse 111 South 10th Street St. Louis MO 63101 | Courtroom No.: 12N - Judge Ross |
|---|---|
| | Date and Time:  08/30/2016 at 9:00am |

You must also bring with you the following documents, electronically stored information, or objects *(blank if not applicable)*:

1) A copy of the digital photos along with a copy of original associated metadata as detailed on page 13 of St. Louis Metropolitan Police Incident Number CN 15-048757 in connection to the execution of state level search warrant at 6328 Woodland, St. Louis MO on 9/24/2015
2) Any/all data retrieved from the 4 cell phones seized as detailed on pg 12 & 13 of STLMPD Incident report# CN15-048757 re execution of State level search warrant at 6328 Woodland on 9/24/2015 including but not limited to all data, images, mms &sms texts, audio, video, call logs, contacts, & full forensic cell phone extraction results/reports.

Date: 8-17-16

*CLERK OF COURT*

*Signature of Clerk or Deputy Clerk*

The name, address, e-mail, and telephone number of the attorney representing *(name of party)* Melvin Hardy
_____, who requests this subpoena, are:
Diane Dragan
Assistant Federal Defender
1010 Market St., Ste 200
St. Louis MO 63101
314-241-1255

#74

Legal

**FILED**

AUG 17 2016

U.S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| Plaintiff, | ) |
| v. | ) No. 15 CR 489 JAR |
| MELVIN HARDY, | ) FILED UNDER SEAL |
| Defendant | ) |

## MOTION FOR ISSUANCE AND SERVICE OF SUBPOENAS
## PURSUANT TO RULE 17(b), FED.R.CRIM.P.

COMES NOW Defendant in the above-entitled cause, *United States v. Melvin Hardy*, and pursuant to Rule 17(b) makes an *ex parte* application for an order by the Court for the issuance and service of subpoenas on behalf of the Defendant for the following named witness(es) at the expense of the United States Government:

Custodian of Records: St. Louis Metropolitan Police Department

GREGORY J. LINHARES, CLERK
A TRUE COPY OF THE ORIGINAL
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
BY: _____
DEPUTY CLERK

_____
Diane Dragan, ESQ.
Assistant Federal Public Defender
1010 Market Street, Suite 200
St. Louis, Missouri 63101
Telephone: (314) 241-1255
Fax: (314) 421-3177
E-mail: Diane_Dragan@fd.org
ATTORNEY FOR DEFENDANT

ABOVE MOTION GRANTED:

_____
Judge

Date: Aug. 17, 2016