Exhibit 2 (Motion to Quash)

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STAES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Case No. 15 CR 489 JAR |
| v. ) | |
| ) | |
| MELVIN HARDY, ) | |
| ) | |
| Defendants. ) | |

### AFFIDAVIT OF MICHAEL BOLL

Comes now Michael Boll and states under oath as follows:

1. I am of sound mind, over the age of 18 years, capable of making this affidavit, and personally acquainted with the facts stated herein.

2. That, at all times pertinent hereto, I hold the position of Police Sergeant with the City of St. Louis in the St. Louis Metropolitan Police Department, and I have held that position since June 15, 2011.

3. I am specifically assigned to Property Custody Section of the St. Louis Metropolitan Police Department, and have been in this Section since February 2013.

4. The Property Custody Section came into possession of physical evidence described as follows: DVD of cell phones seized, DVD of surveillance photos identified on CN 15-048757. [Boll Affidavit Exhibit 1.]

5. On October 27, 2015, the Property Custody Section received the physical evidence from Det. Thomas Scanlon by personal delivery. [Boll Affidavit Exhibit 2.]

6. On October 28, 2015, I transferred the physical evidence to the Sheriff's Office (City of St. Louis) by personal delivery. [Boll Affidavit Exhibit 3.]

Further affiant sayeth not.

*/s/ Michael Boll*
Michael Boll

State of Missouri    )
                     ) SS
City of St. Louis    )

Subscribed and sworn to before me, a Notary Public, this 12th day of September, 2016.

Notary Public
*/s/ Elda Leka*

[Notary Seal: ELDA LEKA, MY COMMISSION EXPIRES 6/24/2018, NOTARY PUBLIC, NOTARY SEAL, COMMISSION #14628599, ST. LOUIS COUNTY, STATE OF MISSOURI]

2



**ST. LOUIS METROPOLITAN POLICE INCIDENT REPORT**

CN 15-048757

Printed: 09/01/2016 09:52:11  DSN: 90442

Page 8 of 13

Boll Affidavit Exhibit 1

Primary Key - 2002943

## PROPERTY

[redacted black box]

## PROPERTY

| PROP. # | CATEGORY: | STATUS: | QTY: | IBR CODE: |
|---|---|---|---|---|
| 8 | EVIDENCE | SEIZED (OTHER THAN DRUGS) | 1.00 | VMCSL - POSSESSION OR CONTROL OF |

| PROPERTY DESCRIPTION: | LICENSE NO. / STATE | VALUE: |
|---|---|---|
| DVD OF CELL PHONES SEIZED | | $1.00 |

| BRAND: | MODEL: | SERIAL NUMBER: |
|---|---|---|

| SUSPECTED DRUG TYPE: | ESTIMATED DRUG QUANTITY: | DRUG MEASUREMENT: |
|---|---|---|

| LOCATION STOLEN: | REFERENCE NO.: | DISPOSITION: |
|---|---|---|
| | | DIVISION PROPERTY ROOM |

| OWNER: (Last, First, Middle) | PHONE #: |
|---|---|
| SLMPD | Home |

| ADDRESS: (Unit #, City, State, Zip) | PHONE #: |
|---|---|
| 919 N JEFFERSON AVE ST LOUIS CITY, MO 63106 | Business |

| RECOVERY DATE | LOCATION OF RECOVERY: | ADDRESS OF RECOVERY: | OFFICER: |
|---|---|---|---|
| 09/24/2015 09:10:00 | 1915 OLIVE | 6328 WOODLAND | (4542) SCANLON, THOMAS P |

ADDITIONAL DESCRIPTORS:

DVD of cell phones seized



## ST. LOUIS METROPOLITAN POLICE
## INCIDENT REPORT
CN 15-048757

Printed: 09/01/2016 09:52:12  DSN: 90442

Page 9 of 13

Primary Key - 2002943

### PROPERTY

| PROP. # | CATEGORY: | STATUS: | QTY: | IBR CODE: |
|---|---|---|---|---|
| 9 | EVIDENCE | SEIZED (OTHER THAN DRUGS) | 1.00 | VMCSL - POSSESSION OR CONTROL OF |

| PROPERTY DESCRIPTION: | LICENSE NO. / STATE | VALUE: |
|---|---|---|
| DVD OF SURVEILLANCE PHOTOS | | $1.00 |

| BRAND: | MODEL: | SERIAL NUMBER: |
|---|---|---|

| SUSPECTED DRUG TYPE: | ESTIMATED DRUG QUANTITY: | DRUG MEASUREMENT: |
|---|---|---|

| LOCATION STOLEN: | REFERENCE NO.: | DISPOSITION: |
|---|---|---|
| | | DIVISION PROPERTY ROOM |

| OWNER: (Last, First, Middle) | PHONE #: |
|---|---|
| SLMPD | Home |

| ADDRESS: (Unit #, City, State, Zip) | PHONE #: |
|---|---|
| 919 N JEFFERSON AVE ST LOUIS CITY, MO 63106 | Business |

| RECOVERY DATE | LOCATION OF RECOVERY: | ADDRESS OF RECOVERY: | OFFICER: |
|---|---|---|---|
| 09/24/2015 09:10:00 | 1915 OLIVE | 1915 OLIVE | (4542) SCANLON, THOMAS P |

ADDITIONAL DESCRIPTORS:

DVD of Surveillance photos

### INCIDENT ASSISTING OFFICERS

[redacted]

Boll Affidavit Exhibit 2

| | |
|---|---|
| Previous | ITEM NUMBER 2 | Next |

| | | | |
|---|---|---|---|
| Item #: | 2 | Final Disposition: | select dispo below |
| Item Submitted By: | Donna Wisdom | Disposition Date: | 10/28/2015 |
| Item Belongs to: | Case | Disposed By: | Michael Boll |
| | Print Item Label | Disposition Description: | |
| | View Item History | Disposition Disposed: | X |
| | | Final Disposition: | Release |
| | | Released Reason: | Sheriff's Office |
| Converted: | ☐ | Hazardous Material: | ☐ |
| Category: | Media | Notes: | |
| Media Type: | DVD | Hold: | |
| Description: | DVD of cell phones seized DVD of surveillance photos | Court Order: | |
| Date Seized: | 09/24/2015 | Orig VoucherNo: | |
| Location Seized: | 6328 Woodland | LIMS Lab Number: | |
| Reason Taken: | Evidence | LIMS Evid Number: | |
| Warrant Info: | Issued | Follow up: | |
| Seized By: | 04542 - Scanlon, Thomas | Submitted for Purge: | |
| Origin: | Intake Window | | |
| Submitted By: | 04542 - Scanlon, Thomas | | |
| Biohazard: | ☐ | | |

Add Notes To Item     Add Pictures/Documents To Item

▼ View Chain of Custody Log

| | Date | Issued From | Issued To | Room Loc/Reason Out |
|---|---|---|---|---|
| Out | 10/28/2015 | Michael Boll | | Reason out: Release, Sheriff's Office |
| IN | 10/27/2015 | Thomas Scanlon | Donna Wisdom | Location: Saint Louis Police Department => FIRST FLOOR => SHERIFF'S CELL-1 |

View Tickets

Boll Affidavit Exhibit 3

DATE PRINTED: 10/28/2015
TIME PRINTED: 07:45 AM CT

## Saint Louis Police Department
## Transfer Receipt

Complaint #: 15048757
Item ID: 2
Date of Occurrence: 9/24/2015
Offense: VMCSL - POSSESSION OR CONTROL OF A CONTROLLED SUBSTANCE

Category: Media
Warrant: Issued
Investigative Officer: 04542 - Scanlon, Thomas
Transaction Date: 10/28/2015 07:45 AM CT
Location: Release, Sheriff's Office

Location & District of Occurrence: 6328 WOODLAND AVE (6)

Barcode ID: 80044-2

Persons:
BOLDEN, GABRIELLE (Witness), BOLDEN, SHANNELL (Suspect/Offender), SIMS, MICHAEL WAYNE (Suspect/Offender), STATE OF MISSOURI, (Victim)

Description:
DVD of cell phones seized, DVD of surveillance photos

Transferred By: _____   Received By: _____

From: _____ To: _____ Date: _____

From: _____ To: _____ Date: _____

From: _____ To: _____ Date: _____

From: _____ To: _____ Date: _____

From: _____ To: _____ Date: _____