

**ST. LOUIS METROPOLITAN POLICE INCIDENT REPORT**
CN 15-048757
Printed: 09/01/2016 09:52:10  DSN: 90442

Page 6 of 13
Exhibit 3 (Motion to Quash)
Primary Key - 2002943

## PROPERTY

## PROPERTY

| PROP. # | CATEGORY: | STATUS: | QTY: | IBR CODE: |
|---|---|---|---|---|
| 4 | EVIDENCE | SEIZED (OTHER THAN DRUGS) | 1.00 | VMCSL - POSSESSION OR CONTROL OF |

| PROPERTY DESCRIPTION: | LICENSE NO. / STATE | VALUE: |
|---|---|---|
| DIGITAL MEDIA CARD | | $1.00 |

| BRAND: | MODEL: | SERIAL NUMBER: |
|---|---|---|
| | | |

| SUSPECTED DRUG TYPE: | ESTIMATED DRUG QUANTITY: | DRUG MEASUREMENT: |
|---|---|---|
| | | |

| LOCATION STOLEN: | REFERENCE NO.: | DISPOSITION: |
|---|---|---|
| | | LABORATORY |

| OWNER: (Last, First, Middle) | PHONE #: |
|---|---|
| S L M P D | Home |

| ADDRESS: (Unit #, City, State, Zip) | PHONE #: |
|---|---|
| 919 N JEFFERSON AVE ST LOUIS CITY, MO 63106 | Business |

| RECOVERY DATE | LOCATION OF RECOVERY: | ADDRESS OF RECOVERY: | OFFICER: |
|---|---|---|---|
| 09/24/2015 09:10:00 | CAMERA | 1915 OLIVE | (4542) SCANLON, THOMAS P |

ADDITIONAL DESCRIPTORS:

Digital Media Card-photos of scene and evidence.