

Exhibit 4 (Motion to Quash)

| MICHAEL A. GARVIN<br>CITY COUNSELOR | **CITY OF ST. LOUIS**<br>**LAW DEPARTMENT**<br>**POLICE SECTION**<br>1915 OLIVE STREET, ROOM 773<br>ST. LOUIS, MO 63103-1625<br>(314) 444-5609 | FRANCIS G. SLAY<br>MAYOR |
|---|---|---|

September 8, 2016

**SENT VIA EMAIL ONLY**
Diane Dragan
Assistant Federal Public Defender
1010 Market Street, Suite, 200
St. Louis, MO 63101

      **RE:**   **USA v. Melvin Hardy – Subpoena CN 15-048757 Evidence**

Dear Ms. Dragan:

     As the Custodian of Records and I discussed with your investigator, Brendan Wells, all evidence including the items under subpoena was sent to Sheriff's Office. That Office has indicated that the evidence was then sent to the Circuit Attorney's Office. We do have copies of the digital photos (see page 13 of the report).

                              Very truly yours

                                Raymond B. Flojo
                                Asst. City Counselor – Police Section
                                rflojo@slmpd.org

cc:    Brendan Wells (via email only)

Attachment