**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| ) | No. 4:15CR489 JAR |
| ) | |
| MELVIN DANTE HARDY, ) | |
| ) | |
| Defendant. ) | |
| ) | |

**GOVERNMENT'S MOTION FOR EXTENSION OF**
**TIME TO COMPLY WITH COURT ORDER**

COMES NOW the United States of America, by and through the United States Attorney for the Eastern District of Missouri, Richard G. Callahan, and Rodney H. Holmes, Assistant United States Attorney for said District, and moves this Court for an additional three (3) days to comply with this Court's September 8, 2016, Order filed under Docket Number 115. In support, the Government states as follows:

1. On September 8, 2016, this Court issued an Order requiring the Government to make specific disclosures and arguments to this Court by September 13, 2016;

2. The Government is requesting an additional three (3) days, up to and including Friday, September 16, 2016, to comply with said Order;

3. Counsel has spoken with Ms. Diane Dragon, attorney for defendant, and the defense has no objection to this motion.

WHEREFORE, the Government prays this Court grant its motion for extension of time.

1

Respectfully submitted,

RICHARD G. CALLAHAN,
United States Attorney

s/  *Rodney H. Holmes*
RODNEY H. HOLMES (#6244551IL)
Assistant United States Attorney
111 South Tenth Street, Room 20.333
St. Louis, Missouri 63102
(314) 539-2200

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a copy of the foregoing was filed electronically with the Clerk of the Court to be served by operation of the Court's electronic filing system this 13th day of September, 2016, to Diane Dragan, Attorney for Defendant.

s/ *Rodney H. Holmes*
ASSISTANT UNITED STATES ATTORNEY

2